IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN McCREIGHT #Y44784,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**RICHARD WATSON,** )<br>**TRINITY SERVICE GROUP,** )<br>**and DAVID MARCOWITZ,** )<br>)<br>**Defendants.** ) | Case No. 21-cv-00151-JPG |

## ORDER DISMISSING CASE

**GILBERT, District Judge:**

This case was opened on February 11, 2021, after being severed from an action filed by Plaintiff Kevin McCreight and a dozen other detainees at St. Clair County Jail ("Jail"). *See Brown, et al. v. Watson, et al.*, No. 21-cv-00138-JPG (S.D. Ill. filed Feb. 9, 2021) ("original case"). In the Complaint, Plaintiff McCreight challenged the conditions of his confinement at the Jail ("Jail"). (Doc. 2, severed case). He requested money damages from the defendants. (*Id*. at 13).

A Notice and Order was entered when the original case was opened. (Doc. 2, original case). Among other things, Plaintiff was advised of his obligation to notify the Court of any address change within seven (7) days of the change. (*Id*.). He was warned that failure to do so could result in dismissal of his case. (*Id*.). The Court reminded Plaintiff of this obligation in the Order for Service of Process entered in this severed case on April 6, 2021. (Doc. 16, p. 7, severed case). He was again warned that this action would be dismissed if he failed to provide this notification. (*Id*.) (citing FED. R. CIV. P. 41(b)).

Despite these warnings, Plaintiff's mail from the Court has repeatedly been returned "undeliverable" because Plaintiff has been released on parole. (*See* Docs. 43, 49-51, 53, 55, 58,

61-68). In fact, the Court has received no communication from Plaintiff since he notified the Court of his address change to Menard Correctional Center on May 10, 2021. (Doc. 25).

Since then, Plaintiff has failed to respond to three pending motions for summary judgment (Docs. 44, 46, and 52), a motion to compel (Doc. 60), and three orders to show cause why this severed case should not be dismissed for failure to prosecute his claims (Docs. 61, 62, 64). The final deadline for responding to each of these motions and orders expired at least ten days ago. The Court has received no communication from Plaintiff regarding any of them.

The Court will not allow this matter to linger indefinitely. This action shall be dismissed with prejudice based on Plaintiff's failure to comply with the Court's Orders to update his address (Doc. 2, original case; Doc. 16, severed case), respond to the pending motions (Docs. 44, 46, 52, and 60), and respond to the orders to show cause (Docs. 61, 62, and 64). *See* FED. R. CIV. P. 41(b). This dismissal shall be with prejudice. *Lucien v. Brewer*, 9 F.3d 26, 28 (7th Cir. 1993) (stating dismissal is a "feeble sanction" if it is without prejudice; "Rule 41(b) states the general principle that failure to prosecute a case should be punished by dismissal of the case with prejudice.").

## Disposition

**IT IS ORDERED** that this action is **DISMISSED** with prejudice, based on Plaintiff's failure to comply with multiple Court's orders to update his address (Doc. 2, original case; Doc. 16, severed case), respond to the pending motions (Docs. 44, 46, 52, and 60), and respond to the orders to show cause (Docs. 61, 62, and 64). Plaintiff has abandoned his claim(s). *See* FED. R. CIV. P. 41(b). The dismissal of this action does <u>not</u> count as a "strike" under 28 U.S.C. § 1915(g).

**IT IS ORDERED** that all pending motions (Docs. 44, 46, 52, and 60) are **DISMISSED** as **MOOT**.

Plaintiff is **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed, regardless of subsequent developments in the case. Accordingly, the $350.00 filing fee remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  11/15/2021**                                            s/J. Phil Gilbert
                                                                                    **J. PHIL GILBERT**
                                                                                    **United States District Judge**